No. 74–456. HILL, ATTORNEY GENERAL OF TEXAS, ET AL. *v.* PRINTING INDUSTRIES OF THE GULF COAST ET AL. Appeal from D. C. S. D. Tex. Probable jurisdiction noted.

No. 74–5116. MURPHY *v.* FLORIDA. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1978. MITZNER ET AL. *v.* UNITED STATES;
No. 74–5063. HECK *v.* UNITED STATES;
No. 74–5073. MOTHS *v.* UNITED STATES; and
No. 74–5086. ROSS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 499 F. 2d 778.

No. 73–7076. OLSON *v.* TEXAS. C. A. 5th Cir. Certiorari denied.

No. 74–202. DIMATTINA, AKA ZAMPITELLA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 74–211. TOLLETT *v.* LAMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–229. POMMERENING ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–348. ODLAND *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–354. VERIVE *v.* UNITED STATES; and
No. 74–5109. SCHULMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 500 F. 2d 1404.